■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KIRKLAND SMITH, Appellant. [28 NYS3d 611]—

Judgment, Supreme Court, Bronx County (William Mogulescu, J.), rendered December 9, 2011, convicting defendant, after a nonjury trial, of two counts of kidnapping in the second degree, and sentencing him to concurrent terms of nine years, unanimously affirmed.

Defendant's argument that the kidnapping charges merged with the assault and harassment charges is unpreserved, and we decline to review it in the interest of justice. As an alternative holding, we reject it on the merits. Here, the six-hour restraint of two women was far more extensive and egregious than necessary to accomplish the other offenses (*see People v Gonzalez*, 80 NY2d 146, 153 [1992]; *People v Leiva*, 59 AD3d 161, 161 [1st Dept 2009], *lv denied* 12 NY3d 818 [2009]).

We perceive no basis for reducing the sentence. Concur— Tom, J.P., Acosta, Richter, Manzanet-Daniels and Gesmer, JJ.